IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 4:08cv4-SPM/AK

NATHANIAL P. SCHWEMMER,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court on the Magistrate Judge's Report and Recommendation (doc. 15). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 15) is ADOPTED and incorporated by reference in this order.

2. Defendant's motion for summary judgment (doc. 13) is *granted*.

3. The Clerk shall enter judgment in Plaintiff's favor in the total amount of $17,352.44.

DONE AND ORDERED this <u>twenty-eighth</u> day of May, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge